

D. Conn. /NHCT
3-01-CV-00935
Thompson, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 1st day of July, two thousand and three,

Present:
        Hon. Chester J. Straub,
        Hon. Rosemary S. Pooler,
                *Circuit Judges*,
        Hon. David N. Hurd,[*]
                *District Judge.*

---

Tyrone Grant,

                Plaintiff-Appellant,

        v.                                    02-7992

M.H. Chodos Ins. Agency, Progressive Ins. Co.,
                Defendants-Appellees.

---

Progressive Insurance Company moves to dismiss plaintiff-appellant's appeal for lack of jurisdiction. Upon due consideration, it is ORDERED that Progressive Insurance Company's motion is granted because the notice of appeal is untimely pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure. Appellant's motions for an injunction, for "*de novo* review of entire case," to impose "sanctions against all defendants and their attorney's [sic] named pursuant to 28 U.S.C. [§] 1927," and for "appeal again pursuant to 71-5 motion for reconsideration en banc" are hereby denied as moot.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: _____

---

[*] The Honorable David N. Hurd, of the United States District Court for the Northern District of New York, sitting by designation.

JUL -1 2003

— ISSUED AS MANDATE: 1/29/04