UNITED STATES DISTRICT COURT   **FILED**

DISTRICT OF CONNECTICUT   2004 MAR 24  A 9:09

IN RE: GRANT          DOCKET NO.: 3:01cv935 (AWT)   U.S. DISTRICT COURT
                                                    HARTFORD, CT.

:USCA NO.   ?

VS.

MH CHODOS INS. AGENCY

### RECORD ON APPEAL

Certified copy of docket sheet                **DOCUMENT NO.**

## PLEASE USE DOCKET SHEET AS INDEX