**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
TYRONE P. GRANT,              :
                              :
          Plaintiff,          :
                              :
v.                            :   Civil No. 3:01CV00935(AWT)
                              :
M. H. CHODOS INS. AGENCY      :
and PROGRESSIVE INS. CO.,     :
                              :
          Defendants.         :
                              :
------------------------------x
```

### ORDER RE MOTION FOR WRIT OF MANDAMUS

The plaintiff Tyrone Grant's Motion for Writ of Mandamus (Doc. No. 45) is hereby DENIED because this case is closed. Judgment entered in favor of the defendants on September 9, 2002, and the plaintiff attempted, unsuccessfully, to appeal. If the plaintiff wishes to pursue his contentions further, he must determine whether he is able to file a new action.

It is so ordered.

Dated this 15th day of September 2006, at Hartford, Connecticut.

                                                      /s/
                                        Alvin W. Thompson
                                United States District Judge