FORM 2

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

FILED

2006 DEC -1 A 11: 26

TYRONE Grant

v.

Progressive INS CO

CIVIL CASE NO. 301cv935(AWT)

### MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), __Ty-Grant__ respectfully requests leave
(appealing party)
to file the within notice of appeal out of time. _____ desires to appeal
(appealing party)
the judgment in this action entered on __10.26.06__, but failed to file a notice of appeal

within the required number of days because:

EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS.

I Request Retention of written transcripts for first time I need Additional time to FILE APPROPRIATE Appeal (with research)

_____
Signature

TYRONE Grant
Print Name

191 Whalley Ave Suite 181 New Haven ct 06511

Osborn CC Pobox 100 Somers ct 06071
Address

Date: Nov 9.06

_____
Telephone Number

Note: You may file this form, together with a copy of Form 1 (Notice of Appeal) if you are seeking to appeal a judgment and did not file a copy of Form 1 (Notice of Appeal) within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.