FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Tyrone Grant

v.                                          CIVIL CASE NO. 3:01cv935 AWT

Progressive Ins. Co.

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Tyrone P. Grant__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following
Judgment or Order (attach the Judgment or Order): __10.26.06__

2. The Judgment/Order in this action was entered on _____.
(date)

_____
Signature

Tyrone P. Grant
Print Name

19 Whalley Ave Ste 181 New Haven CT 06511
Osborn CC PO Box 100 Somers CT 06071
Address

_____
Telephone Number

Date: Nov.19.06.

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).