**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
TYRONE P. GRANT,               :
                               :
          Plaintiff,           :
                               :
v.                             :   Civil No. 3:01CV00935(AWT)
                               :
M. H. CHODOS INS. AGENCY       :
and PROGRESSIVE INS. CO.,      :
                               :
          Defendants.          :
                               :
-------------------------------x
```

**ORDER RE MOTION FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL**

The plaintiff's Motion for Extension of Time to File a Notice of Appeal (Doc. No. 50) is hereby DENIED because the motion was filed more than thirty (30) days after the expiration of time prescribed by Rule 4(a) of the Federal Rules of Appellate Procedure.

It is so ordered.

Dated this 19th day of January 2007 at Hartford, Connecticut.

                                          /s/AWT
                                    Alvin W. Thompson
                          United States District Judge