

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
**THURGOOD MARSHALL U.S. COURT HOUSE**
**40 FOLEY SQUARE**
**NEW YORK  10007**

Thomas  Asreen
ACTING CLERK



FILED
JAN 3 0 2007

| | |
|---|---|
| Date: | 1/30/07 |
| Docket Number: | 06-5493-cv |
| Short Title: | Grant v. MH Chodos Ins Agency |
| DC Docket Number: | 01-cv-935 |
| DC: | CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Alvin Thompson |

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the   30th     day of January,  two thousand seven.

    Grant v. M.H. Chodos  Ins Agency

    The *Civil Appeals  Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia,  either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement  the Clerk may dismiss the appeal without further notice.

    The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 10/26/06  United States District Court for the District of Connecticut be, and it hereby is **DISMISSED**.  Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Thomas  Asreen, Acting Clerk

By:  Deborah A. Holmes
Deputy Clerk

A TRUE COPY
Thomas W. Asreen, Acting Clerk

by _____
DEPUTY CLERK

CERTIFIED:  1/30/07

# UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

**Thomas  Asreen**
**ACTING CLERK**



Date:           1/30/07

Docket Number:   06-5493-cv
Short Title:       Grant v. MH Chodos Ins Agency
DC Docket Number: 01-cv-935
DC:            CONNECTICUT (NEW HAVEN)
DC Judge:

         Honorable Alvin Thompson

   At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the   30th    day of January,  two thousand seven.

   Grant v. M.H. Chodos  Ins Agency

   The *Civil Appeals  Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia,  either pay the docketing fee or move for leave to proceed  *in forma pauperis*, and that in the event of default of this requirement  the Clerk may dismiss the appeal without further notice.

   The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 10/26/06  United States District Court for the District of Connecticut be, and it hereby is **DISMISSED**.  Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Thomas  Asreen, Acting Clerk

By:  Deborah A. Holmes
Deputy Clerk

THE MANDATE, CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
(✓) ORDER

RECEIVED BY:_____ DATE_____